(October 28, 1970)

In the Matter of F. PAUL DEUELL et al., Respondents, v. ALBERT L. HECHT et al., Constituting the Board of Elections of Dutchess County, et al., Respondents, and CITY OF POUGHKEEPSIE, Appellant.—

No opinion. Rabin, Acting P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.